1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  Patricia LeFever,

10             Plaintiff,

11  v.

12  Fairway      Independent      Mortgage
Corporation,

13

14             Defendant.

**NO. CV-18-08326-PCT-DJH**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

15        **Decision by Court.**  This action came for consideration before the Court.  The

16  issues have been considered and a decision has been rendered.

17        IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed

18  November 1, 2019, Plaintiff to take nothing, and the complaint and action are dismissed

19  without prejudice.

20                                    Brian D. Karth
                                  District Court Executive/Clerk of Court

21

22  November 1, 2019

23                                    s/ R. Vasquez
                    By    Deputy Clerk

24
25
26
27
28